261 So.2d 230

**George Oscar PARKER**

v.

**STATE of Louisiana et al.**

**No. 52404.**

May 11, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.